AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Rando and Jason Tatarewitz, for themselves and others similarly situated,<br>*Plaintiff*<br>v.<br>CB&I, LLC,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.   0:17-cv-02790-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiffs, John Rando and Jason Tatarewitz, for themselves and others similarly situated, take nothing of the defendant, CB&I, LLC, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding. The Court having heard and granted the consent motion to dismiss.

Date:   January 11, 2018                                                                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                                                            s/Charles L. Bruorton

                                                                                                                                                *Signature of Clerk or Deputy Clerk*